People v Amarion D. (2025 NY Slip Op 00528)

People v Amarion D.

2025 NY Slip Op 00528

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, OGDEN, NOWAK, AND HANNAH, JJ.

71 KA 22-00962

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
AMARION D., DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ABIGAIL D. WHIPPLE OF COUNSEL), FOR DEFENDANT-APPELLANT. 
MICHAEL J. KEANE, ACTING DISTRICT ATTORNEY, BUFFALO (JERRY MARTI OF COUNSEL), FOR RESPONDENT. 

 Appeal from an adjudication of the Erie County Court (Suzanne Maxwell Barnes, J.), rendered June 14, 2022. Defendant was adjudicated a youthful offender upon his plea of guilty of criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the adjudication so appealed from is unanimously affirmed.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court